```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                            :
MR. SHOWER DOOR, INC.,                                      :
                                                            :
                        Plaintiff,                          :
                                                            :         24 Civ. 6842 (JPC)
        -v-                                                 :
                                                            :         ORDER
URBAN ATELIER GROUP, L.L.C., et al.,                        :
                                                            :
                        Defendants.                         :
                                                            :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 27, 2024, Plaintiff served Defendants D. Andrew D'Amico and T.C. Neuhs with copies of the Summons and Complaint. Dkt. 7. Defendants' deadline to respond to the Complaint was therefore October 15, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until October 22, 2024. If Defendants once again fails to respond to the Complaint by their deadline to do so, Plaintiff shall seek a Certificate of Default as to those Defendants by October 29, 2024.

SO ORDERED.

Dated: October 16, 2024
      New York, New York

                                                         JOHN P. CRONAN
                                                      United States District Judge